UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRANCE WESTMORELAND,

        Plaintiff,

  v.

Case No. 20-cv-1130-bhl

HOME DEPOT INC,
ABC SECURITY COMPANY,

        Defendants.

## ORDER

On December 11, 2020, defendant Home Depot, Inc. filed its first motion to dismiss for failure to state a claim. (ECF No. 19.) After that motion was fully briefed, on April 16, 2021, plaintiff Terrance Westmoreland filed an "agreed" motion to amend his complaint. (ECF No. 22.) Because it is unopposed, the Court will grant plaintiff's motion to amend his complaint and deny the motion to dismiss. Accordingly,

**IT IS HEREBY ORDERED** that the motion to amend the complaint, ECF No. 22, is **GRANTED**. The Clerk is directed to file the first amended complaint, ECF No. 22-3, as of the date of this Order, pursuant to Civil L. R. 15(c).

**IT IS FURTHER ORDERED** that the motion to dismiss, ECF No. 19, is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on May 12, 2021.

                                  s/ Brett H. Ludwig
                                  BRETT H. LUDWIG
                                  United States District Judge